STATE of Missouri, Respondent,

v.

**Arthur W. BROWN, Appellant.**

**No. WD 43868.**

Missouri Court of Appeals,
Western District.

Oct. 22, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 1991.

Application to Transfer Denied
Jan. 28, 1992.

Donald W. Petty, Gladstone, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of forcible rape, § 566.030, RSMo 1986 (Repealed 1990), and

from sentence of thirty years imprisonment.

Judgment affirmed. Rule 30.25(b).